*Jury Instructions – Doe, et al v. Warren Consolidated Schools, et al.*

### Doe v. Warren Consolidated Schools
### Case No. 00-72956

### Jury Verdict Form

### Plaintiff Kelcie



FILED

DEC 16 2004

CLERK'S OFFICE
U. S. DISTRICT COURT
EASTERN MICHIGAN

Please fill out this form carefully, according to the instructions given to you in court and the directions contained below. If, after careful review of the form and discussion among you, you have a question about the form, you may direct it to the Court in the manner I have explained. After this form is completed, your foreperson should sign it and notify the court officer that you have reached a verdict.

## §1983 LIABILITY

### Question 1

Did James Kearly violate the constitutional rights of Kelcie?

☒     Yes

☐     No

If your answer to this question is no, do NOT answer any other questions. Have the foreperson sign the form and notify the Court officer that you have reached a verdict.

*Jury Instructions – Doe, et al v. Warren Consolidated Schools, et al.*

## Question 2

a.    Did the school district engage in a policy or firmly established custom of inaction relative to violation of constitutional rights of Kelcie by Mr. Kearly?

☒    Yes

☐    No

b.    If "No", go to the next question. If "Yes", was that policy or firmly established custom a proximate cause of damages to Kelcie?

☒    Yes

☐    No

If you have marked both questions "Yes" check off the "Liable" box below. Otherwise, check "Not Liable".

☒    Liable

☐    Not liable

## Question 3

a.    Did Paul Stamatakis demonstrate deliberate indifference to the likelihood that James Kearly would sexually abuse Kelcie?

☒    Yes

☐    No

41

*Jury Instructions – Doe, et al v. Warren Consolidated Schools, et al.*

b.      If "No", go to the next question. If "Yes", was that deliberate indifference a proximate cause of damages to Kelcie?

☒      Yes

☐      No

If you have marked both questions "Yes" check off the "Liable" box below.  Otherwise, check "Not Liable".

☒      Liable

☐      Not liable

## Question 4

a.      Did James Clor demonstrate deliberate indifference to the likelihood that James Kearly would sexually abuse Kelcie?

☒      Yes

☐      No

b.      If "No", go to the next question. If "Yes", was that deliberate indifference a proximate cause of damages to Kelcie?

☒      Yes

☐      No

If you have marked both questions "Yes" check off the "Liable" box below.  Otherwise, check "Not Liable".

☒      Liable

☐      Not liable

*Jury Instructions – Doe, et al v. Warren Consolidated Schools, et al.*

## Question 5

a.      Did Gerald Maiorano demonstrate deliberate indifference to the likelihood that James Kearly would sexually abuse Kelcie?

☒      Yes

☐      No

b.      If "No", go to the next question. If "Yes", was that deliberate indifference a proximate cause of damages to Kelcie?

☒      Yes

☐      No

If you have marked both questions "Yes" check off the "Liable" box below.  Otherwise, check "Not Liable".

☒      Liable

☐      Not liable

## TITLE IX  LIABILITY

### Question 6

a.   Was there at least one official of the school district with knowledge, with authority to address the abuse of Kelcie  by Mr. Kearly and institute corrective measures who, through deliberate indifference, failed to take adequate precautions to prevent further abuse?

☒      Yes

☐      No

*Jury Instructions – Doe, et al v. Warren Consolidated Schools, et al.*

b.      If "No", go to the next question. If "Yes", was the inaction on the part of the school district a proximate cause of damages to Kelcie?

☒      Yes

☐      No

If you have marked both questions "Yes" check off the "Liable" box below. Otherwise, check "Not Liable".

☒      Liable

☐      Not liable

If there is no "Liable" box checked in questions 2 – 6, do NOT answer any further questions as to this Plaintiff. Have the foreperson sign the form and notify the Court officer that you have reached a verdict as to this Plaintiff. Proceed to the remaining claims.

## DAMAGES

### Question 7

a.      Did Kelcie suffer a violation of her constitutional rights as a proximate result of the conduct of one or more of the defendants?

☒      Yes

☐      No

b.      If so, what actual damages do you find her to be entitled to receive?

$ _____ *600,000.00* _____

44

*Jury Instructions – Doe, et al v. Warren Consolidated Schools, et al.*

c.      If you also find that Kelcie entitled to punitive damages, then state the amount of damages

that you believe is appropriate, separately as to each defendant.  If you do not believe a defendant

should be liable for punitive damages, put down "0"

- Paul Stamatakis:        $ ___40,000.00___

- James Clor:              $ ___32,000.00___

- Gerald Maiorano        $ ___31,000.00___


This is the unanimous verdict of the jury.

_____
Foreperson

45

### Doe v. Warren Consolidated Schools
### Case No. 00-72956

### Jury Verdict Form

### Plaintiff Sherri

Please fill out this form carefully, according to the instructions given to you in court and the directions contained below. If, after careful review of the form and discussion among you, you have a question about the form, you may direct it to the Court in the manner I have explained. After this form is completed, your foreperson should sign it and notify the court officer that you have reached a verdict.

### §1983 LIABILITY

### Question 1

Did James Kearly violate the constitutional rights of Sherri?

☒　　Yes

☐　　No

If your answer to this question is no, do NOT answer any other questions. Have the foreperson sign the form and notify the Court officer that you have reached a verdict.

46

*Jury Instructions - Doe, et al v. Warren Consolidated Schools, et al.*

## Question 2

a.     Did the school district engage in a policy or firmly established custom of inaction relative to violation of constitutional rights of Sherri by Mr. Kearly?

☒     Yes

☐     No

b.     If "No", go to the next question. If "Yes", was that policy or firmly established custom a proximate cause of damages to Sherri?

☒     Yes

☐     No

If you have marked both questions "Yes" check off the "Liable" box below.  Otherwise, check "Not Liable".

☒     Liable

☐     Not liable

## Question 3

a.     Did Paul Stamatakis demonstrate deliberate indifference to the likelihood that James Kearly would sexually abuse Sherri?

☒     Yes

☐     No

b.     If "No", go to the next question. If "Yes", was that deliberate indifference a proximate cause of damages to Sherri?

☒     Yes

47

☐     No

If you have marked both questions "Yes" check off the "Liable" box below.  Otherwise, check "Not Liable".

☒     Liable

☐     Not liable


## Question 4

a.     Did James Clor demonstrate deliberate indifference to the likelihood that James Kearly would sexually abuse Sherri?

☒     Yes

☐     No

b.     If "No", go to the next question.  If "Yes", was that deliberate indifference a proximate cause of damages to Sherri?

☒     Yes

☐     No

If you have marked both questions "Yes" check off the "Liable" box below.  Otherwise, check "Not Liable".

☒     Liable

☐     Not liable

*Jury Instructions    Doe, et al v. Warren Consolidated Schools, et al.*

## Question 5

a.      Did Gerald Maiorano demonstrate deliberate indifference to the likelihood that James Kearly would sexually abuse Sherri?

☒      Yes

☐      No

b.      If "No", go to the next question. If "Yes", was that deliberate indifference a proximate cause of damages to Sherri?

☒      Yes

☐      No

If you have marked both questions "Yes" check off the "Liable" box below.  Otherwise, check "Not Liable".

☒      Liable

☐      Not liable

## TITLE IX LIABILITY

## Question 6

a.      Was there at least one official of the school district with knowledge, with authority to address the abuse of Sherri by Mr. Kearly and institute corrective measures who, through deliberate indifference, failed to take adequate precautions to prevent further abuse?

☒      Yes

☐      No

b.      If "No", go to the next question. If "Yes", was the inaction on the part of the school

*Jury Instructions   Doe, et al v. Warren Consolidated Schools, et al.*

district a proximate cause of damages to Sherri?

☒   Yes

☐   No

If you have marked both questions "Yes" check off the "Liable" box below.  Otherwise, check "Not Liable".

☒   Liable

☐   Not liable

If there is no "Liable" box checked in questions 2 – 6, do NOT answer any further questions.

Have the foreperson sign the form and notify the Court officer that you have reached a verdict.

## DAMAGES

From this point forward, you will need to answer the questions separately for each plaintiff.

### Question 7

a.   Did Sherri suffer a violation of her constitutional rights as a proximate result of the conduct of one or more of the defendants?

☒   Yes

☐   No

c.   If so, what actual damages do you find her to be entitled to receive?

$ ___600,000. 00___

c.   If you also find that Sherri entitled to punitive damages, then state the amount of damages

*Jury Instructions – Doe, et al v. Warren Consolidated Schools, et al.*

that you believe is appropriate, separately as to each defendant.  If you do not believe a defendant should be liable for punitive damages, put down "0"

- Paul Stamatakis:   $ _____ 40,000 .00 _____

- James Clor:   $ _____ 32,000.00 _____

- Gerald Maiorano   $ _____ 31,000.00 _____


This is the unanimous verdict of the jury.

_____
Foreperson

51

## Doe v. Warren Consolidated Schools
## Case No. 00-72956

### Jury Verdict Form

### Plaintiff Sarah

Please fill out this form carefully, according to the instructions given to you in court and the directions contained below. If, after careful review of the form and discussion among you, you have a question about the form, you may direct it to the Court in the manner I have explained. After this form is completed, your foreperson should sign it and notify the court officer that you have reached a verdict.

### §1983 LIABILITY

### Question 1

Did James Kearly violate the constitutional rights of Sarah?

☒    Yes

☐    No

If your answer to this question is no, do NOT answer any other questions. Have the foreperson sign the form and notify the Court officer that you have reached a verdict.

*Jury Instructions – Doe, et al v. Warren Consolidated Schools, et al.*

## Question 2

a.     Did the school district engage in a policy or firmly established custom of inaction relative to violation of constitutional rights of Sarah by Mr. Kearly?

☒     Yes

☐     No

b.     If "No", go to the next question. If "Yes", was that policy or firmly established custom a proximate cause of damages to Sarah?

☒     Yes

☐     No

If you have marked both questions "Yes" check off the "Liable" box below.  Otherwise, check "Not Liable".

☒     Liable

☐     Not liable

## Question 3

a.     Did Paul Stamatakis demonstrate deliberate indifference to the likelihood that James Kearly would sexually abuse Sarah?

☒     Yes

☐     No

b.     If "No", go to the next question. If "Yes", was that deliberate indifference a proximate cause of damages to Sarah?

☒     Yes

*Jury Instructions – Doe, et al v. Warren Consolidated Schools, et al.*

☐    No

If you have marked both questions "Yes" check off the "Liable" box below. Otherwise, check "Not Liable".

☒    Liable

☐    Not liable

## Question 4

a.    Did James Clor demonstrate deliberate indifference to the likelihood that James Kearly would sexually abuse Sarah?

☒    Yes

☐    No

b.    If "No", go to the next question. If "Yes", was that deliberate indifference a proximate cause of damages to Sarah?

☒    Yes

☐    No

If you have marked both questions "Yes" check off the "Liable" box below. Otherwise, check "Not Liable".

☒    Liable

☐    Not liable

*Jury Instructions – Doe, et al v. Warren Consolidated Schools, et al.*

## Question 5

a.      Did Gerald Maiorano demonstrate deliberate indifference to the likelihood that James Kearly would sexually abuse Sarah?

☒      Yes

☐      No

b.      If "No", go to the next question. If "Yes", was that deliberate indifference a proximate cause of damages to Sarah?

☒      Yes

☐      No

If you have marked both questions "Yes" check off the "Liable" box below. Otherwise, check "Not Liable".

☒      Liable

☐      Not liable

## TITLE IX LIABILITY

### Question 6

a.   Was there at least one official of the school district with knowledge, with authority to address the abuse of Sarah  by Mr. Kearly and institute corrective measures who, through deliberate indifference, failed to take adequate precautions to prevent further abuse?

☒      Yes

☐      No

*Jury Instructions – Doe, et al v. Warren Consolidated Schools, et al.*

b.      If "No", go to the next question. If "Yes", was the inaction on the part of the school district a proximate cause of damages to Sarah?

☒      Yes

☐      No

If you have marked both questions "Yes" check off the "Liable" box below. Otherwise, check "Not Liable".

☒      Liable

☐      Not liable

If there is no "Liable" box checked in questions 2 – 6, do NOT answer any further questions. Have the foreperson sign the form and notify the Court officer that you have reached a verdict.

## DAMAGES

From this point forward, you will need to answer the questions separately for each plaintiff.

### Question 7

a.      Did Sarah suffer a violation of her constitutional rights as a proximate result of the conduct of one or more of the defendants?

☒      Yes

☐      No

d.      If so, what actual damages do you find her to be entitled to receive?

$ _____ 600,000. 00 _____

56

*Jury Instructions – Doe, et al v. Warren Consolidated Schools, et al.*

c.      If you also find that Sarah entitled to punitive damages, then state the amount of damages that you believe is appropriate, separately as to each defendant.  If you do not believe a defendant should be liable for punitive damages, put down "0"

- Paul Stamatakis:      $ _____40,000.00_____

- James Clor:             $ _____32,000.00_____

- Gerald Maiorano      $ _____31,000.00_____


This is the unanimous verdict of the jury.

_Paul L. Horner_
Foreperson

57