UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN



SALLY DOE, et al.,

          Plaintiff(s),

v.

    CIVIL ACTION NO. 00-72956
    JUDGE PAUL D. BORMAN
    UNITED STATES DISTRICT JUDGE

JAMES KEARLY

        Defendant(s).



_____/

### ORDER OF DISMISSAL

At a session of said Court held in the
Theodore Levin Courthouse in the City of
Detroit, Michigan on <u>12/17/04</u>

PRESENT:    HONORABLE PAUL D. BORMAN
               United States District Judge

    This court has been advised by counsel that the above entitled action has been settled ,
thereby obviating the necessity of a trial.

    Accordingly, the above-entitled action is dismissed with prejudice.

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

TO: William R. Seikaly, Stephen J. Hitchcock, Susan Bartos



FILED
DEC 17 2004
CLERK'S OFFICE
DETROIT