AO 450 (Rev. 7/99) Judgment in a Civil Case

**CLOSED**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| SALLY DOE, et al.,, <br><br> Plaintiff, <br><br> v. <br><br> WARREN CONSOLIDATED SCHOOLS, et al.,, <br><br> Defendant. | JUDGMENT IN A CIVIL CASE <br><br> Case Number: 00-72956 <br><br> Honorable Paul D. Borman  |

■ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that Judgment be entered for the Plaintiffs and against the Defendants.



FILED
DEC 17 2004
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

Pursuant to Rule (77d), FRCivP
Copies have been mailed to:

William R. Seikaly, Stephen J. Hitchcock, Suzanne P. Bartos

FILED
DEC 17 2004
CLERK'S OFFICE
DETROIT

Date  DEC 17 2004

David Weaver, Clerk of Court

_____
Deputy Clerk